## 70489. LAMONS v. THE STATE.
(346 SE2d 133)

DEEN, Presiding Judge.

The decision of the Court of Appeals in this case having been reversed by the Supreme Court, *Lamons v. State* 255 Ga. 511 (340 SE2d 183) (1986), our decision in *Lamons v. State*, 176 Ga. App. 290 (335 SE2d 652) (1985), is hereby vacated and the judgment of the Supreme Court is made the judgment of this court.

*Judgment reversed. Banke, C. J., McMurray, P. J., Birdsong, P. J., Carley, Sognier, Pope, Benham, and Beasley, JJ., concur.*

DECIDED APRIL 24, 1986.

*Edward C. Stone*, for appellant.

*Thomas J. Charron, District Attorney, Debra H. Bernes, James F. Morris, Assistant District Attorneys*, for appellee.